NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAWN SHIPLEY-JOHNSON,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2010-3172

---

Petition for review of the Merit Systems Protection Board in case no. NY3443100129-I-1.

---

## ON MOTION

---

Before GAJARSA, SCHALL, and MOORE, *Circuit Judges.*

PER CURIAM.

## ORDER

We treat Dawn Shipley-Johnson's correspondence received on December 9, 2010, as a motion for reconsideration of the court's order dismissing her appeal as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**JUN 0 1 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Dawn Shipley-Johnson
     Armando A. Rodriguez-Feo, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 1 2011

**JAN HORBALY**
**CLERK**